| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2015 | FOR CALENDAR YEAR 2014 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DIAMOND, GUSTAVE | U.S. District Court, W.D. PA | 04/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court, W.D. PA
700 Grant St., Suite 8270
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Equity Income Fund, IRA | A | Dividend | J | T | Redeemed (part) | 12/01/14 | J | | |
| 2. Citibank | A | Interest | J | T | | | | | |
| 3. Chevron | A | Dividend | J | T | | | | | |
| 4. Thornburg Inv Inc Builder | A | Dividend | J | T | Buy | 08/12/14 | J | | |
| 5. Kraft Foods | A | Dividend | J | T | | | | | |
| 6. AFLAC | A | Dividend | K | T | | | | | |
| 7. Merck | A | Dividend | J | T | | | | | |
| 8. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 9. Phillips 66 | A | Dividend | J | T | | | | | |
| 10. Procter & Gamble | A | Dividend | K | T | | | | | |
| 11. Verizon | A | Dividend | J | T | | | | | |
| 12. PA State Gen. Obligation 2 | A | Interest | K | T | | | | | |
| 13. State Public School Building | A | Interest | K | T | | | | | |
| 14. Allegheny Co. PA Sanitary Auth. Bond | A | Interest | K | T | | | | | |
| 15. PA State Public School Bldg | A | Interest | K | T | | | | | |
| 16. Phila PA Gas Works | A | Interest | J | T | | | | | |
| 17. PA State Higher Ed Fac Auth | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am High Inc. Muni | A | Dividend | J | T | | | | | |
| 19. Am Balanced A | A | Dividend | K | T | | | | | |
| 20. Am Capital Inc. Bldr | D | Dividend | M | T | | | | | |
| 21. Am Fundamental Inv. | A | Dividend | K | T | | | | | |
| 22. Am Global Balanced A | A | Dividend | J | T | | | | | |
| 23. Am Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 24. Am. Income Fund of Am. | D | Dividend | N | T | | | | | |
| 25. Phila. Hos. and Higher Ed. | A | Interest | K | T | | | | | |
| 26. Amgen | A | Dividend | J | T | | | | | |
| 27. AT&T | A | Dividend | K | T | | | | | |
| 28. DuPont | A | Dividend | J | T | | | | | |
| 29. Fed Ex | A | Dividend | K | T | | | | | |
| 30. Kimberly Clark | A | Dividend | J | T | | | | | |
| 31. Seadrill | A | Dividend | J | T | | | | | |
| 32. Total SA Spons | A | Dividend | J | T | | | | | |
| 33. WalMart | A | Dividend | J | T | | | | | |
| 34. Walt Disney | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Balanced A | A | Dividend | J | T | | | | | |
| 36. Am High Income Muni | A | Dividend | J | T | | | | | |
| 37. Am Income Fund of Am | C | Dividend | M | T | | | | | |
| 38. Am Invest. Co of Am | A | Dividend | K | T | | | | | |
| 39. Am Mutual A | A | Dividend | J | T | | | | | |
| 40. Am Tax Exempt Bond | A | Dividend | J | T | | | | | Note 1 |
| 41. BGE Capital Trust | B | Interest | K | T | | | | | |
| 42. Am Balanced A | A | Dividend | K | T | Buy | 08/21/14 | K | | |
| 43. Am Bond Fund of Am | A | Dividend | J | T | | | | | |
| 44. Am. Capital Income Builder | B | Dividend | L | T | | | | | |
| 45. Am. Fundamental Investors | A | Dividend | K | T | | | | | |
| 46. Am. Global Balanced | A | Dividend | J | T | | | | | |
| 47. Am. High Income Trust | C | Dividend | | | Sold (part) | 07/17/14 | J | A | |
| 48. | | | | | Sold | 09/24/14 | K | A | |
| 49. Am Income Fund of Am | B | Dividend | L | T | | | | | |
| 50. Am Invest. Co of Am | B | Dividend | L | T | | | | | |
| 51. Am Mutual A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Am New Perspective | A | Dividend | K | T | | | | | |
| 53.   Am Small Cap World A | A | Dividend | K | T | | | | | |
| 54.   Clearbridge Equity Inc. | A | Dividend | J | T | | | | | |
| 55.   Pimco Real Return | A | Dividend | K | T | | | | | |
| 56.   Kimberly Clark | A | Dividend | J | T | | | | | |
| 57.   Seadrill Ltd | A | Dividend | J | T | | | | | |
| 58.   Am Global Bal A | A | Dividend | J | T | | | | | |
| 59.   Am Growth Fund of Am | A | Dividend | K | T | | | | | |
| 60.   Am Investment Co Am. | A | Dividend | K | T | | | | | |
| 61.   Am New Perspective | A | Dividend | K | T | | | | | |
| 62.   Am New World | A | Dividend | J | | | | | | Note 2 |
| 63.   Thornburg Inv Inc Builder | A | Dividend | K | T | Buy | 08/13/14 | K | | |
| 64.   Abbie Inc Com | A | Dividend | J | T | | | | | |
| 65.   Alcoa | A | Dividend | K | T | | | | | |
| 66.   Amazon | A | Dividend | J | T | | | | | |
| 67.   Ameren | A | Dividend | J | T | | | | | |
| 68.   Amgen | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apple, Inc. | A | Dividend | J | T | Buy | 09/25/14 | J | | |
| 70. AT&T | A | Dividend | J | T | | | | | |
| 71. BE Aerospace | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 72. | | | | | Buy | 11/06/14 | J | | |
| 73. Boeing | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 74. BP Plc Ads | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 75. | | | | | Buy | 11/06/14 | J | | |
| 76. | | | | | Buy | 12/10/14 | J | | |
| 77. Chevron | A | Dividend | K | T | Buy | 10/15/14 | J | | |
| 78. | | | | | Buy | 12/10/14 | J | | |
| 79. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 80. Conoco Phillips | A | Dividend | J | T | | | | | |
| 81. Consol Energy | A | Dividend | J | T | | | | | |
| 82. CSX Corp | A | Dividend | J | T | | | | | |
| 83. DuPont | A | Dividend | J | T | | | | | |
| 84. Duke Energy | A | Dividend | J | T | | | | | |
| 85. Freeport McMoran | A | Dividend | | | Sold | 12/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. GE | A | Dividend | J | T | | | | | |
| 87. General Mills | A | Dividend | J | T | | | | | |
| 88. Honeywell | A | Dividend | J | T | | | | | |
| 89. Kraft Foods | A | Dividend | J | T | | | | | |
| 90. Merck | A | Dividend | J | T | | | | | |
| 91. Petroleo Bros. | A | Dividend | | | Buy | 06/20/14 | J | | |
| 92. | | | | | Sold | 12/08/14 | J | | |
| 93. Phillips 66 | A | Dividend | J | T | | | | | |
| 94. Pitney Bowes | A | Dividend | J | T | | | | | |
| 95. Seadrill | A | Dividend | | | Buy | 09/25/14 | J | | |
| 96. | | | | | Buy | 10/15/14 | J | | |
| 97. | | | | | Buy | 11/06/14 | J | | |
| 98. | | | | | Sold | 12/08/14 | K | A | |
| 99. Tesla | | None | J | T | | | | | |
| 100. Total SA Spon | A | Dividend | | | Sold | 12/08/14 | J | A | |
| 101. US Steel | A | Dividend | J | T | | | | | |
| 102. Vodafone | A | Dividend | J | T | Buy | 07/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 08/11/14 | J | | |
| 104. Federated Kaufmann | | None | J | T | Buy | 11/06/14 | J | | |
| 105. Franklin Gold and Precious Metals | A | Dividend | J | T | | | | | |
| 106. Allergan | A | Dividend | | | Sold | 07/21/14 | J | A | |
| 107. Sprott Physical Gold Trust | | None | J | T | | | | | |
| 108. Fidelity Equity Income IRA | A | Dividend | K | T | Redeemed (part) | 12/01/14 | J | A | |
| 109. Fidelity Equity Individual Income | A | Dividend | J | T | | | | | Note 3 |
| 110. Alibaba | A | Dividend | J | T | Buy | 09/19/14 | J | | |
| 111. Estee Lauder | | None | J | T | Buy | 12/08/14 | J | | |
| 112. Fiat Chrysler | | None | J | T | Buy | 11/14/14 | J | | |
| 113. Halyard Health | A | Dividend | J | T | | | | | Note 4 |
| 114. Graphite One | A | Dividend | J | T | | | | | |
| 115. IBM | A | Dividend | K | T | Buy | 09/25/14 | J | | |
| 116. | | | | | Buy | 10/15/14 | J | | |
| 117. | | | | | Buy | 11/16/14 | J | | |
| 118. KLX Inc Com | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 119. | | | | | Buy | 11/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  St Jude Medical | A | Dividend | K | T | Buy | 07/21/14 | K | | |
| 121.  Starbucks | | None | J | T | Buy | 12/08/14 | J | | |
| 122.  Verizon | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 123. | | | | | Buy | 08/11/14 | J | | |
| 124. | | | | | Buy | 10/15/14 | J | | |
| 125.  Am F2 American Inc Fund of America | A | Dividend | K | T | | | | | Note 5 |
| 126.  PNC Money Market | A | Interest | J | T | Redeemed (part) | 11/07/14 | J | A | |
| 127.  Dollar Bank Savings | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTES

1. This item was reported on my 2013 report as "Redeem." It should have been reported as partial redemption of Value K.

2. This also reported as "Redeem" and should have been reported as partial redemption of Value J.

3. This also reported as "Redeem" and should have been partial redemption of Value J.

4. My investment report had omitted this item from previous reports. It was purchased in 2012 for $349.18.

5. This item was a dollar for dollar conversion from Am Inc Fed of American F1 which had been inadvertently omitted on earlier reports.

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 04/21/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GUSTAVE DIAMOND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544